UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LYNETTE BLAND,

    Plaintiff,

v.

                                        Case No. 3:23-cv-854-TJC-MCR

PNC BANK, NATIONAL ASSOCIATION,

    Defendant.

## O R D E R

Upon review of the Joint Stipulation of Dismissal, Doc. 26, filed on July 11, 2024, this case is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of July, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record